**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7610

CHRISTOPHER WEST, a/k/a Christopher Gearl West,

Plaintiff – Appellant,

v.

DIRECTOR WILLIAM R. BYARS, JR., in their individual and official capacity as corrections employees, under color of state law; WARDEN TIMOTHY RILEY, in their individual and official capacity as corrections employees, under color of state law; ASSOCIATE WARDEN GARY LANE, in their individual and official capacity as corrections employees, under color of state law; ASSOCIATE WARDEN LAURA CALDWELL, in their individual and official capacity as corrections employees, under color of state law; ANN HALLMAN; DEBRA BARNWELL, Division of Investigation: in their individual and official capacity as corrections employees, under color of state law; DONALD LANE, Institution Investigator: in their individual and official capacity as corrections employees, under color of state law; JOY LECOMPT, Grievance Coordinator: in their individual and official capacity as corrections employees, under color of state law; MAJOR JAMES PARRISH, in their individual and official capacity as corrections employees, under color of state law; CAPTAIN BARRY TUCKER, in their individual and official capacity as corrections employees, under color of state law; LIEUTENANT RUSSELL LAWSON, in their individual and official capacity as corrections employees, under color of state law; LIEUTENANT LAWRENCE LAVIGNE, in their individual and official capacity as corrections employees, under color of state law; SERGEANT SHANNON MOORE, in their individual and official capacity as corrections employees, under color of state law; OFFICER JAMIE PARRIS, in their individual and official capacity as corrections employees, under color of state law; NURSE TAMMIE BARBOUR, in their individual and official capacity as corrections employees, under color of state law; NURSE DEBRA PARKS, in their individual and official capacity as corrections employees, under color of

state law; MEDIA SPECIALIST MARY H. MCCABE, in their individual and official capacity as corrections employees, under color of state law; SERGEANT KEITH BRIAN WILLIAMS, in their individual and official capacity as corrections employees, under color of state law,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  David C. Norton, District Judge. (5:13-cv-03088-DCN)

---

Submitted:  February 25, 2016        Decided:  March 1, 2016

---

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christopher West, Appellant Pro Se. Brandon Paul Jones, Daniel Roy Settana, Jr., MCKAY, CAUTHEN, SETTANA & STUBLEY, PA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Christopher West appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. West v. Byars, No. 5:13-cv-03088-DCN (D.S.C. Sept. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3